UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **DANIEL ONEIL RUFFIN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:14-CV-00453-GZS |
| | ) |
| **JOHN FITZPATRICK, et al.,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on May 25, 2016, his Recommended Decision (ECF No. 39). Plaintiff filed his Objection to the Recommended Decision (ECF No. 42) on July 1, 2016.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 30) is **GRANTED**, and judgment is entered in favor of Defendants on Plaintiff's remaining claims.

/s/George Z. Singal_____
U.S. District Judge

Dated this 11th day of July, 2016.